IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY L. ROBERTS,
Inmate No. P19951,
    Plaintiff,

vs.                                    Case No.: 3:17cv205/MCR/EMT

JUSTIN TURNER
and WALTON COUNTY,
    Defendants.
_____/

**O R D E R**

    This cause comes before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated April 10, 2017 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of any timely filed objections.[1]

    Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

---

[1] Plaintiff's Motion for the Court to Take Judicial Notice, ECF No. 5, will be construed as an objection to the pending Report and Recommendation and therefore denied.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. Plaintiff's Motion for the Court to Take Judicial Notice, ECF No. 5, is **DENIED**.

4. The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 2nd day of May 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**